IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DELORES CRUMP AS CONSERVATOR OF
JONATHAN DILLARD                                            PLAINTIFFS

V.                                          CAUSE NO. 3:07-CV-00004-GHD-SAA

BEVERLY ENTERPRISES-MISSISSIPPI, INC. d/b/a
BEVERLY HEALTHCARE-EASON BOULEVARD
AND BEVERLY HEALTHCARE-TUPELO, BEVERLY
HEALTH AND REHABILITATION SERVICES, INC.,
AURORA HEALTHCARE, INC., AURORA CARE, INC.,
TUPELO NURSING AND REHABILITATION CENTER,
LLC, and JANE DOES 1-6                                      DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS DAY this cause having come before this Court's attention upon Plaintiff's motion to dismiss this cause pursuant to Federal Rules of Civil Procedure 41(a)(2), and the Court having been fully advised in the premises, and having materially considered same, finds that the Order is well taken and should be granted.

IT IS THEREFORE ordered and adjudged that the above named cause of action should be and is hereby dismissed without prejudice.

So ORDERED, ADJUDGED and DECREED this the 16th day of July, 2007.

_____
DISTRICT COURT JUDGE

AGREED TO BY:

*[signature]*

W. Eric Stracener, Esquire
Hawkins, Stracener & Gibson, PLLC
Attorney for Plaintiff

*[signature]* Chase Pittman by WES w/ permission

Chase Pittman, Esquire
Rebecca Adelman, Esquire
The Law and Mediation Offices
of Rebecca Adelman
Attorney for Defendant Aurora Cares, LLC
d/b/a Tara Cares, Aurora Healthcare, LLC
d/b/a Tara Healthcare, and Tupelo Nursing,
Rehabilitation Center, LLC, and Tupelo
Nursing and Rehabilitation Center, LLC

*[signature]* W. Grubbs by WES

William E. Grubbs, Esquire
Quitaros, Prieto, Wood & Boyer
Attorney for Defendant Beverly Enterprises-
Mississippi, Beverly Healthcare- Eason, and
Beverly Health and Rehabilitation Services,
Inc.